# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | ANDREW W. NEEDHAM | | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| EVAN R. CHESLER | STEPHEN L. BURNS | WORLDWIDE PLAZA | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| KRIS F. HEINZELMAN | KEITH R. HUMMEL | 825 EIGHTH AVENUE | DAVID S. FINKELSTEIN | STEPHEN M. KESSING |
| B. ROBBINS KIESSLING | DAVID J. KAPPOS | NEW YORK, NY 10019-7475 | DAVID GREENWALD | LAUREN A. MOSKOWITZ |
| ROGER D. TURNER | DANIEL SLIFKIN | | RACHEL G. SKAISTIS | DAVID J. PERKINS |
| PHILIP A. GELSTON | ROBERT I. TOWNSEND, III | TELEPHONE: +1-212-474-1000 | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA |
| RORY O. MILLSON | WILLIAM J. WHELAN, III | FACSIMILE: +1-212-474-3700 | JOEL F. HEROLD | J. LEONARD TETI, II |
| RICHARD W. CLARY | SCOTT A. BARSHAY | | ERIC W. HILFERS | D. SCOTT BENNETT |
| WILLIAM P. ROGERS, JR. | PHILIP J. BOECKMAN | | GEORGE F. SCHOEN | TING S. CHEN |
| JAMES D. COOPER | ROGER G. BROOKS | | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| STEPHEN L. GORDON | WILLIAM V. FOGG | CITYPOINT | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| DANIEL L. MOSLEY | FAIZA J. SAEED | ONE ROPEMAKER STREET | TEENA-ANN V. SANKOORIKAL | DAVID M. STUART |
| ROBERT H. BARON | RICHARD J. STARK | LONDON EC2Y 9HR | ANDREW R. THOMPSON | JONATHAN L. DAVIS |
| KEVIN J. GREHAN | THOMAS E. DUNN | TELEPHONE: +44-20-7453-1000 | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| C. ALLEN PARKER | MARK I. GREENE | FACSIMILE: +44-20-7860-1150 | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| SUSAN WEBSTER | DAVID R. MARRIOTT | | TATIANA LAPUSHCHIK | OMID H. NASAB |
| DAVID MERCADO | MICHAEL A. PASKIN | WRITER'S DIRECT DIAL NUMBER | ERIC L. SCHIELE | |
| ROWAN D. WILSON | ANDREW J. PITTS | +1-212-474-1080 | ALYSSA K. CAPLES | SPECIAL COUNSEL |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | | JENNIFER S. CONWAY | SAMUEL C. BUTLER |
| PETER T. BARBUR | ANTONY L. RYAN | WRITER'S EMAIL ADDRESS | MINH VAN NGO | GEORGE J. GILLESPIE, III |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | bgruenstein@cravath.com | KEVIN J. ORSINI | |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | MATTHEW MORREALE | |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | | JOHN D. BURETTA | OF COUNSEL |
| RICHARD HALL | GARY A. BORNSTEIN | | J. WESLEY EARNHARDT | MICHAEL L. SCHLER |
| JULIE A. NORTH | TIMOTHY G. CAMERON | | YONATAN EVEN | |

September 3, 2015

<u>Saxon v. United States, Nos. 13-Civ-4966, 14-Civ-733</u>

Dear Judge Ramos:

       I have been appointed by the Court pursuant to the Criminal Justice Act to represent Mr. Saxon in the above-captioned cases. I write to provide an update to the Court concerning the status of Mr. Saxon's direct appeal of his conviction and sentence, and to provide a courtesy copy to the Court of a supplemental brief and supporting declaration that I am filing today in support of Mr. Saxon's § 2255 motions.

       With respect to Mr. Saxon's direct appeal, his appellate counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and an accompanying motion to be relieved as counsel. The appellate brief does not address the ineffective assistance of counsel claims that Mr. Saxon has presented for the first time in his § 2255 motions. Accordingly, I respectfully submit that it would be appropriate for the Court to consider Mr. Saxon's § 2255 motions at this time, after the Government has had an opportunity to review the supplemental brief and submit its response.

              I am available at the Court's convenience to answer any questions regarding this matter.

                                          Respectfully submitted,

                                          s/Benjamin Gruenstein

Hon. Edgardo Ramos
    United States District Judge
        Thurgood Marshall United State Courthouse
            40 Foley Square
                New York, New York 10007

Encls.

BY HAND AND VIA ECF

Copies w/encls. to:

AUSA Michael Gerber
    Unites States Attorney's Office, Southern District of New York
        One St. Andrew's Plaza
            New York, NY 10007
                michael.gerber@usdoj.gov

VIA ECF

Peter J. Tomao, Esq.
    Law Office of Peter J. Tomao
        600 Old Country Road, Suite 328
            Garden City, NY 11530
                ptomao@tomaolaw.com

VIA EMAIL