UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORRELL SAXON,

                Petitioner,

– against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

14 Civ. 733 (ER)
13 Civ. 4966 (ER)

Ramos, D.J.:

    Torrell Saxon ("Petitioner"), an incarcerated litigant, brings this habeas corpus action pursuant to 28 U.S.C. § 2255 on the ground of ineffective assistance of counsel. On March 2, 2015, this Court appointed Benjamin Gruenstein of Cravath, Swain, and Moore to represent Petitioner in this matter, under the Criminal Justice Act. Doc. 44.[1] On September 3, 2015, Petitioner filed a Supplemental Brief in Further Support of Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Doc. 46. The Court hereby orders the following schedule for further briefing:

- Government's Opposition due **October 23, 2015**
- Petitioner's Reply due **November 6, 2015**

It is SO ORDERED.

Dated:    September 23, 2015
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.

---

[1] All docket entry numbers refer to filings in 14 Civ. 733 (ER).